USAO No. 2026R01555 AUSA: Andrew Picek Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Jimmie Pharr, ATF Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT

for the

Eastern District of Michigan

United States of America
v.
Cortez Hatchett

Case No. Case: 2:26−mj−30716
Assigned To : Unassigned
Assign. Date : 11/16/2026
Description: CMP USA V. HATCHETT (DJ)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of November 8, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. 922(g)(1) | Felon in possession of a firearm |

This criminal complaint is based on these facts:
See attached affidavit.

☐ Continued on the attached sheet.

[signature]
*Complainant's signature*

Special Agent Jimmie Pharr, ATF
*Printed name and title*

Sworn to before me and signed in my presence and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: November 16, 2026

City and state: Detroit, MI

Hon. Kimberly G. Altman, United States Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT AND ARREST WARRANT

I, Jimmie Pharr, Special Agent for the Bureau of Alcohol, Tobacco, Firearms and Explosives, being duly sworn, hereby depose and state as follows:

## I. INTRODUCTION

1. I have been a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives since January 17, 2016. I am currently assigned to the Detroit Field Division. I completed twenty-six weeks of training, which was comprised of the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification and effects of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and common subject behavior. I was also employed as a Detroit Police Officer for the City of Detroit for approximately three years, 2013-2016. During my employment with the Detroit Police Department, I conducted and participated in numerous

criminal investigations focused on individuals who illegally possessed firearms and narcotics.

2. This affidavit is in support of criminal complaint and application for an arrest warrant for Cortez HATCHETT for the crime of felon in possession of a firearm under Title 18, U.S.C. § 922(g)(1).

3. The facts in this affidavit come from my personal observations, training, experience, and information obtained from ATF Special Agents, Task Force Officers, Police Officers, Detectives and witnesses. This affidavit is intended to show that there is sufficient probable cause for the requested warrant and does not set forth all information known to law enforcement regarding this investigation.

## II. SUMMARY OF THE INVESTIGATION

4. On November 8, 2026, at approximately 02:45 p.m., Detroit Police Officers were dispatched to an apparently vacant business at 2010 Springwells St. Detroit, Michigan, to investigate a disturbance at the location. While arriving to the location officers observed a black male, later identified as Cortez HATCHETT (DOB XX-XX-2000), walking away from the location. Officers saw HATCHETT walking away while clutching a black fanny pack to his right side of his body.

Officers observed HATCHETT with his right hand inside his jacket pocket while walking away, blading the right side of his body away from them. Officers continued to handle the call they were dispatched to and did not interact with HATCHETT at that time.

5. At approximately 03:11 p.m., DPD officers again observed HATCHETT, now walking at the intersection of W. Vernor Highway and Central Ave. Officers pulled their fully marked scout car next to HATCHETT and proceeded to ask HATCHETT if he had a valid concealed pistol license on him. Officers noted that HATCHETT started to act confused and nervous and responded by saying "what." Officers asked him twice more if he had a valid CPL, before they began to exit their vehicle to further investigate. At the same time, HATCHETT then fled on foot eastbound on W. Vernor Highway. Officers pursued HATCHETT before losing sight of him in the area of xxxx Honorah St.

6. Two bystanders advised officers that HATCHETT ran into a blue trash can and pointed at the direction of 3 dumpsters. Officers approached the dumpster and heard movement inside of the dumpster. Officers encountered Witness 1 inside of the dumpster and gave Witness 1 verbal commands to exit the dumpster to which Witness 1

complied. Witness 1 informed officers that HATCHETT was inside the dumpster in the corner covered by trash bags. Witness 1 stated they were inside the dumpster looking for books when they saw HATCHET come running into the dumpster. Witness 1 explained HATTCHETT told them to put the trash bags over him because the police were chasing him. Per Witness 1, HATCHETT told them not to say anything to the police, because he would kill Witness 1. Officers observed HATCHETT inside the dumpster and verbally commanded HATCHETT to come out with his hands up, which he complied with. HATCHETT was detained by DPD pending further investigation.

7. DPD Officers canvassed the route that HATCHETT had fled through and recovered the black fanny pack in the back yard of xxxx Honorah St. Inside the black fanny pack, officers recovered a Sarsilmaz SAR 9 pistol bearing serial number Tl 102-23BV23327 with a black X400 Ultra mounted weapon light and black magazine with 14 live 9mm rounds along with HATCHETT's Michigan identification card.

8. HATCHETT was arrested for carrying a concealed pistol and eventually transported to the Detroit Detention Center without incident.

9. As an ATF Interstate Nexus Agent, I know that Sarsilmaz firearms are not manufactured in the State of Michigan. Therefore, it is in my preliminary opinion that the above stated firearm traveled in interstate or foreign commerce.

10. HATCHETT has the following felony criminal convictions:

a. 2019, Larceny from a Person and Building, 3rd Circuit Court, Wayne County.

b. 2025, Assaulting, Resisting, Obstructing Police, 3rd Circuit Court, Wayne County.

11. HATCHETT is a convicted felon and was convicted of violations that were punishable by more than one year in prison. Additionally, HATCHETT was under Michigan Department of Corrections (MDOC) supervision for his most recent conviction when he was found in possession of the Sarsilmaz 9mm pistol. I am aware that MDOC routinely provides probation conditions to offenders, which inform them in writing that they are prohibited from possessing any weapons or violating any criminal law.

## III. CONCLUSION

12. Probable cause exists that Cortez HATCHETT, a convicted felon, was in possession of a firearm, manufactured outside the state of Michigan, knowing that he was a felon and prohibited from possessing any firearms or ammunition, in violation of Title 18, U.S.C. § 922(g)(1).

Jimmie Pharr, Special Agent,
Bureau of Alcohol, Tobacco,
Firearms and Explosives

Sworn to before me and signed in my presence
and/or by reliable electronic means.

HON. KIMBERLY G. ALTMAN
UNITED STATES MAGISTRATE JUDGE

Dated: November 16, 2026